UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JUL 20 P 12: 40

CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DKT. NO. CR292-00044-002 |
| | ) | |
| ERIC C. MATTHEWS | ) | |

## ORDER

On July 20, 2007, this case was before the Court for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2).

At the hearing, the Court found that the defendant, Eric C. Matthews, had violated the terms and conditions of supervision by using drugs.

Although the Court found that the defendant violated the terms and conditions of his supervised release, the Court has decided to continue his supervised release. Further, the Court orders that the defendant's supervision be modified and the following special condition of supervision is imposed:

> The defendant shall comply with the conditions of home confinement/electronic monitoring for a period of 8 months, to commence immediately upon his release from imprisonment. During this time, the defendant will remain at his place of residence at all times and shall not leave except when such leave is approved in advance by the probation officer. The defendant will maintain a telephone at his place of residence without any special services, including but not limited to, call forwarding, caller ID, call waiting, a modem, or cordless telephones for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The cost of electronic monitoring shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

All other conditions imposed by this Court on April 12, 1994, shall remain in full force and effect.

SO ORDERED this 20 day of July, 2007.

_____
Judge, U.S. District Court